# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF AKAHOSHI, an individual, | **CASE NO.: CV15-00818 MRW** |
| Plaintiff, | **ORDER** |
| vs. | |
| BANK OF AMERICA, N.A., a national banking association; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL HEREIN:**

Based upon the stipulation of the parties, with good cause shown, IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: 12/14/2016         /S/ MICHAEL R. WILNER
                          JUDGE OF THE U.S. DISTRICT COURT